GAS 245D     (Rev. 1/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
| v. | ) | (For Revocation of Probation or Supervised Release) |
| Larry Rufus Young | ) | |
| | ) | Case Number:   4:17CR00255-1 |
| | ) | USM Number:   22348-021 |
| | ) | Andrew S. Johnson |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory and standard conditions of the term of supervision.

■ was found in violation of _____ condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | You committed another federal, state, or local crime (mandatory condition). | April 22, 2022 |
| 2 | You owned, possessed, or had access to a firearm, ammunition, destructive device, or dangerous weapon (standard condition). | April 22, 2022 |

The defendant is sentenced as provided in Page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

■ The defendant has not violated the condition(s),_____ , and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 0000

May 28, 2024
Date of Imposition of Judgment

Defendant's Year of Birth: 1998

_Signature of Judge_

City and State of Defendant's Residence:

Garden City, Georgia

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

May 31, 2-24
Date

GAS 245D   Judgment in a Criminal Case for Revocations                                      Judgment — Page 2 of 2

DEFENDANT:        Larry Rufus Young
CASE NUMBER:   4:17CR00255-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>18 months.</u>

- ☒ The Court makes the following recommendations to the Bureau of Prisons:
  Designation to the Bureau of Prisons facility in Estill, South Carolina, is recommended. It is further recommended that the defendant be given access to any automotive vocational training programs.

- ☒ The defendant is remanded to the custody of the United States Marshal.

- ☐ The defendant shall surrender to the United States Marshal for this district:
  - ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  - ☐ as notified by the United States Marshal.

- ☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - ☐ before 2 p.m. on _____ .
  - ☐ as notified by the United States Marshal.
  - ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL